ETOILE DE LORAZ, Respondent, *v.* FANNY DAVENPORT McDOWELL, Appellant.

(Argued April 13, 1894; decided May 4, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 17, 1893, which affirmed a judgment in

favor of plaintiff entered upon a verdict directed by the court, and also affirmed an order denying a motion for a new trial.

*A. J. Dittenhoefer* for appellant.

*George M. Pinney* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.